**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-7999
_____

KENNETH WHITMORE,

                    Plaintiff - Appellant,

          v.

JONATHAN ARD; JAMES L. GOLDSMITH, JR.; MITCHELL BYRD, JR.;
EDWARD W. MILLER,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.    J. Michelle Childs, District
Judge.  (6:12-cv-01049-JMC)

_____

Submitted:  February 26, 2013          Decided:  March 1, 2013

_____

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Whitmore, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Whitmore appeals the district court's order accepting the magistrate judge's recommendation to dismiss his 42 U.S.C. § 1983 (2006) complaint after a 28 U.S.C. § 1915A (2006) review. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Whitmore v. Ard, No. 6:12-cv-01049-JMC (D.S.C. Oct. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED